David B. Potter, State Bar No. 85813
ARRACHE & POTTER
1200 Truxtun Avenue, Suite 200
Bakersfield, CA 93309
*Mailing Address:*
P.O. Box 10809
Bakersfield, CA 93389-0809
Telephone:   (661) 328-1800
Facsimile:    (661) 328-0380
E-mail:       dpotter@acplaw.com

Attorneys for Plaintiff,
JONES-WALBAUM CORPORATION,
dba AMERICAN BUSINESS MACHINES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONES-WALBAUM CORPORATION, a California corporation, doing business as AMERICAN BUSINESS MACHINES,<br><br>Plaintiff,<br><br>vs.<br><br>YRC WORLDWIDE, INC., a Delaware corporation, doing business as YRC FREIGHT; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:18-cv-01334-LJO-JLT<br><br>**DEMAND BY PLAINTIFF, JONES-WALBAUM CORPORATION dba AMERICAN BUSINESS MACHINES FOR A TRIAL BY JURY** |

Plaintiff, JONES-WALBAUM CORPORATION, dba AMERICAN BUSINESS MACHINES, hereby demands a trial by jury in the above-captioned action.

DATED:   September 28, 2018            ARRACHE & POTTER

                              By: /s/ David B. Potter
                                  DAVID B. POTTER
                                  Attorney for Plaintiff, Jones-Walbaum Corporation,
                                  dba American Business Machines