Kathleen C. Jeffries (State Bar No. 110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile:  (626) 795-4790

Attorneys for Defendant
YRC WORLDWIDE, INC. dba YRC FREIGHT

David B. Potter (State Bar No. 85813)
dpotter@acplaw.com
ARRACHE & POTTER
P.O. Box 10809
Bakersfield, California 93389-0809
Telephone: (661) 328-1800
Facsimile:  (661) 328-0380

Attorneys for Plaintiff
JONES-WALBAUM CORPORATION dba AMERICAN BUSINESS MACHINES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONES-WALBAUM CORPORATION, a California corporation, doing business as AMERICAN BUSINESS MACHINES, <br><br> Plaintiff, <br><br> vs. <br><br> YRC WORLDWIDE, INC., a Delaware corporation, doing business as YRC FREIGHT; and DOES 1 through 50, inclusive; <br><br> Defendants. | Case No.  1:18−CV−01334−JLT <br><br> STIPULATION RE DISMISSAL WITH PREJUDICE; AND ORDER THEREON (Doc. 11) |

IT IS HEREBY STIPULATED by and between the parties hereto, plaintiff Jones-Walbaum Corporation dba American Business Machines and defendant YRC Worldwide, Inc. dba YRC Freight, acting by and through their

1

respective counsel, that a settlement agreement has been reached for full resolution of this action; that the terms of the settlement agreement have been satisfied; and that the case may now be dismissed with prejudice, with each party to bear its own costs and attorneys' fees

Dated: February 6, 2019          ARRACHE & POTTER


                                 By:    /s/ *David B. Potter*
                                        (As authorized on February 6, 2019)
                                        David B. Potter
                                        Attorneys for Plaintiff
                                        JONES-WALBAUM CORPORATION dba
                                        AMERICAN BUSINESS MACHINES


Dated: February 6, 2019          SCOPELITIS, GARVIN, LIGHT, HANSON
                                 & FEARY, LLP


                                 By:    /s/ *Kathleen C. Jeffries*
                                        Kathleen C. Jeffries
                                        Attorneys for Defendant
                                        YRC WORLDWIDE, INC. dba YRC
                                        FREIGHT

       Based upon the stipulation by and between the parties hereto and the facts that a settlement agreement has been reached between such parties for full resolution of the above-referenced case and that that the terms of said agreement have been satisfied, the Court **ORDERS** the action **DISMISSED with PREJUDICE**.


    IT IS SO ORDERED.

                                            Dated:   **February 6, 2019**
        **/s/ Jennifer L. Thurston**
                                                            UNITED STATES
MAGISTRATE JUDGE

STIPULATION AND ORDER RE DISMISSAL